IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETTORE DRAGONE,<br><br>       *Plaintiff,*<br><br>v.<br><br>ZACHARY PEW and JERSEY DEVIL TRUCKING, LLC,<br><br>       *Defendants.* | CIVIL ACTION<br>NO. 22-236 |

**PAPPERT, J.**                                                                                   **August 15, 2022**

## ORDER

**AND NOW**, this 15th day of August 2022, upon consideration of Ettore Dragone's Complaint (ECF 1 Ex. C), Defendants' Motion to Dismiss (ECF 6), Dragone's Response (ECF 7), Defendants' Reply (ECF 8) and Dragone's Sur-Reply (ECF 9), it is **ORDERED** that the Motion is **DENIED in part and GRANTED in part.**

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.